**Noah Bishop, Oregon Bar No. 092871**
Special Counsel to Plaintiff
Law Offices of Alexzander C. J. Adams, P. C.
14705 SW Millikan Way
Beaverton OR 97006
noah@acjalaw.com
Fax:    (888) 588-5410
Office: (503) 278-5400

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Jil Katherine Gyuro<br><br>    Debtor(s)<br><br>Jil Katherine Gyuro<br><br>    Plaintiff,<br><br>    v.<br><br>Niizhwaaswi, LLC dba Loan at Last<br><br>    Defendant | Case No.: <u>20-30694-dwh7</u><br><br><br>**Adv. Proc No: 20-03057**<br><br>**NOTICE OF DISMISSAL WITH PREJDUICE AND WITHOUT COSTS** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through her counsel, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice and without costs. Niizhwaaswi, LLC dba Loan at Last has not filed an appearance nor filed a response in this adversary proceeding.

Page 1 of 2 – NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

LAW OFFICES OF ALEXZANDER C.J. ADAMS, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax:    888-588-5410
Office: 503-278-5400

Case 20-03057-dwh    Doc 2    Filed 07/15/20

**July 14th, 2020**
**Law Offices of Alexzander C. J. Adams, P.C.**

By: */s/ Noah Bishop on behalf of Alexzander C. J. Adams,*

Noah Bishop OSB No. 092871
Noah@ACJALaw.com
(503) 278-5400
Special Counsel for Plaintiff

Page 2 of 2 – Notice of dismissal with Prejudice and Without Costs

Law Offices of Alexzander C.J. Adams, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax:    888-588-5410
Office: 503-278-5400

Case 20-03057-dwh    Doc 2    Filed 07/15/20